UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER WILLIAMS, ) | Case No.: C 12-5406 PSG |
| Plaintiff, ) | **STANDBY ORDER TO SHOW** |
| v. ) | **CAUSE** |
| ) | |
| CONNECTICUT GENERAL LIFE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendants. ) | |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than January 14, 2015.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, January 22, 2013 at 2 p.m. to show cause why the case should not be dismissed.

Dated: December 13, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER