KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
BRENT DORIAN BREHM, Bar No. 248983
bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff,
PETER WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA [SAN JOSE]

| | |
|---|---|
| PETER WILLIAMS,<br><br>   Plaintiff,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No.: CV12-05406 PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated: January 2, 2013                             KANTOR & KANTOR LLP


                                                                        By: */s/ Glenn R. Kantor*
                                                                             Glenn R. Kantor
                                                                             Brent Dorian Brehm
                                                                             Attorneys for Plaintiff, Peter Williams

---

1

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE